UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60315-LEIBOWITZ/STRAUSS

**HOLY CROSS HOSPITAL, INC.**,

  *Plaintiff,*

v.

**AMERICAN ANESTHESIOLOGY SERVICES OF FLORIDA, INC., et al.,**

  *Defendants.*
_____/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On April 15, 2024, Plaintiff filed a Motion to Dismiss Defendants' Counterclaim [ECF No. 25]. On April 29, 2024, Defendants filed their First Amended Answer to Plaintiff's Complaint and Counterclaims [ECF No. 33]. Because Plaintiff's Motion to Dismiss refers to an outdated counterclaim, the Motion is **MOOT**. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion **ECF No. 25** is **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida this 7th day of May, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record