IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| HOLY CROSS HOSPITAL, INC., | ) ) ) | Civil Action No.: 0:24-cv-60315-DSL |
| Plaintiff/Counter-Defendant, | ) ) |  |
| v. | ) ) |  |
| AMERICAN ANESTHESIOLOGY SERVICES OF FLORIDA, INC., AMERICAN ANESTHESIOLOGY, INC., NMSC II, LLC and NORTH AMERICAN PARTNERS IN ANESTHESIA, L.L.P., | ) ) ) ) ) ) |  |
| Defendants/Counterclaim-Plaintiffs. | ) ) ) |  |
| AMERICAN ANESTHESIOLOGY SERVICES OF FLORIDA, INC., | ) ) ) |  |
| Counterclaim-Plaintiff, | ) ) |  |
| v. | ) ) |  |
| HOLY CROSS HOSPITAL, INC., | ) ) |  |
| Counterclaim-Defendant. | ) ) ) |  |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants, through the undersigned counsel, jointly advise the Court that the parties have reached an agreement in principle to amicably resolve the claims and counterclaims in this lawsuit, subject to the negotiation of final settlement documents. Because this settlement involves three other cases and in excess of 90 other parties, the Parties respectfully request sixty (60) days to complete that process before any order dismissing the case is entered. The Parties also request that the current schedule be put on hold so that the settlement can be consummated

62460760.9

x

without prejudicing the Parties. The Parties will file a joint stipulation of dismissal with prejudice, and proposed order dismissing this action with prejudice, after consummation of their settlement agreements.

Dated: October 21, 2025

/s/ Peter R. Goldman
Peter R. Goldman (FL Bar No. 86056)
Nelson Mullins Riley & Scarborough LLP
100 S.E. 3rd Ave., Suite 2700
Fort Lauderdale, FL 33394
(954) 745-5239 (p)
(954) 761-8135 (f)
peter.goldman@nelsonmullins.com


David A. Ettinger (P26537) (admitted pro hac)
Benjamin VanderWerp (P84614) (admitted pro hac)
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7368 (p)
(313) 465-7369 (f)
dettinger@honigman.com
bvanderwerp@honigman.com


*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Jennifer Lada (with permission)
Jennifer Lada, Esq.
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
Telephone: 212.513.3200
jennifer.lada@hklaw.com

Stephen C. Rasch
Admitted pro hac vice
Hunter Bezner
Admitted pro hac vice
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-2528
stephen.rasch@hklaw.com
hunter.bezner@hklaw.com

*Attorneys for Defendants*