UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60315-LEIBOWITZ/AUGUSTIN-BIRCH

HOLY CROSS HOSPITAL, INC.,

    *Plaintiff*,

v.

AMERICAN ANESTHESIOLOGY
SERVICES OF FLORIDA, INC., *et al.*,

    *Defendants*.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement [ECF No. 137] notifying the Court that the parties have reached a settlement in principle resolving all claims and counterclaims in this action. The parties are hereby **DIRECTED** to file appropriate dismissal documents <u>within sixty (60) days of the entry of this Order</u>. If such papers are not filed within the time specified, this matter may be dismissed without further notice, and the Court will be divested of jurisdiction to enforce the settlement agreement.

The **Clerk of Court** is **INSTRUCTED** to **ADMINISTRATIVELY CLOSE** this case. All existing deadlines are **TERMINATED**, and pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 22, 2025.

                                                  DAVID S. LEIBOWITZ
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record