UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60315-LEIBOWITZ

**HOLY CROSS HOSPITAL, INC.,**

*Plaintiff*,

v.

**AMERICAN ANESTHESIOLOGY SERVICES OF FLORIDA, INC.,** *et al.*,

*Defendants*.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 143]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action, including all claims and counterclaims asserted therein, is **DISMISSED** *with prejudice.* Each party shall bear its own attorneys' fees and costs. The *Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on January 29, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record